UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARNELL BROWN on behalf of himself and all others similarly situated,

                              Plaintiffs,

-v-

NEW YORK SHAKESPEARE FESTIVAL,

                              Defendant.

21 Civ. 6859

ORDER OF DISMISSAL

---

PAUL A. ENGELMAYER, District Judge:

    The Court having been advised by counsel for plaintiff Darnell Brown that he has recently passed away, Dkt. 17, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right of any party or Brown's successor or representative to move for substitution of the proper party within 90 days of the date of this Order. *See* Fed. R. Civ. P. 25(a). The Court extends its condolences to Brown's loved ones.

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: February 4, 2022
         New York, New York